IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN JACKSON,** | Case No. 2:24-cv-2375-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. NARAYAN,** | |
| Defendant. | |

Defendant Narayan moved for administrative relief to extend the time to file disposition documents before the deadline passed.  See ECF No. 20.  Having read and considered Defendant's administrative motion and declaration of Defendant's counsel, and good cause appearing, the Court **GRANTS** Defendant's motion for administrative relief.  Defendant shall file and serve their disposition documents on or before **June 28, 2025**.

IT IS SO ORDERED.

Dated:  May 28, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE