**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JORDAN DIJON JACKSON, | No. 2:24-CV-2375-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| NARAYAN, | |
| Defendant. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulation of voluntary dismissal. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

       IT IS SO ORDERED.

Dated: June 23, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1